UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CRIMINAL ACTION NO. C-06-87 |
| | § | |
| DARIO MARTINEZ-CAPORELI; aka | § | |
| SANTOS GUAJARDO, *et al*, | § | |
| | § | |
| Defendant. | § | |

### ORDER DENYING WITHOUT PREJUDICE MOTION FOR REDUCTION/AMENDMENT OF BOND FOR WITNESS THOMAS SANCHEZ-ESCOBAR

Based upon his waiver, material witness Thomas Sanchez-Escobar's motion for amendment/reduction of bond is denied without prejudice. Counsel for the witness may request a hearing at any time after Mr. Sanchez-Escobar's relatives make contact with Pretrial Services.

ORDERED this 9th day of March, 2006.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE